# Third District Court of Appeal

## State of Florida

Opinion filed November 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0277
Lower Tribunal No. 22-15975
_____

## Law Office of Zachary Zurich, P.A.,
Appellant,

vs.

## Mayfair Real Estate Development, LLC, et al.,
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Jennifer D. Bailey, Judge.

Matthew Estevez, P.A., and Matthew Estevez, for appellant.

Kluger, Kaplan, Silverman, Katzen & Levine, P. L., and Marko F. Cerenko and Becky N. Saka, for appellees.

Before LOGUE, C.J., and EMAS and BOKOR, JJ.

PER CURIAM.

Affirmed.